BECKET & LEE LLP    TURNEYCA0037
Attorneys for: American Express Bank FSB

POB 3001
Malvern PA 19355-0701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| IN RE: | ) CASE NO. SA-08-14011-ES |
|---|---|
| JOHN CLARKE TURNEY | ) |
| WENDY MAUREEN TURNEY | ) CREDITOR(S) NOTICE OF REQUEST |
| AKA:JOHN TURNEY | ) FOR NOTICE or CHANGE OF ADDRESS |
| | ) |
| Debtor(s) | ) CHAPTER: 7 |

To the United States Bankruptcy Court:
  Notice is hereby given of creditor(s) notice of (check one)

__X_  REQUEST FOR NOTICE under Rule 2002 (g)

__X_  CHANGE OF ADDRESS of Scheduled "A" Crreditor

____  CHANGE OF ADDRESS of Claimed Creditor -

        Claim #_____   Filed_____

CREDITOR(s) NAME: American Express Bank FSB
                 c/o Becket and Lee LLP
ADDRESS          POB 3001
CITY & STATE     Malvern PA 19355-0701


Dated: July 30 2008

                              /s/Gilbert B. Weisman
                              _____
                              Gilbert B Weisman Esquire PA59872
                              Attorney/Agent for creditor
                              POB 3001
                              MALVERN PA 19355-0701
                              PHONE:  (610) 644-7800
                              FAX  :  (610) 993-8493
                              EMAIL:  notices@becket-lee.com

                              DATE: July 30, 2008
_____
CREDITOR(S) NTC OF REQUEST FOR NTC or CHANGE OF ADDRESS
                    MATRIX CHG/CTR ADDR.

  PET: 07/11/2008

                              FSB